No. 71–228. TRANSIT CASUALTY CO. ET AL. *v.* SECURITY TRUST CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–231. SPALITTA, GUARDIAN *v.* NATIONAL AMERICAN BANK OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–234. THOMPSON ET UX. *v.* HOFFMAN. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 71–235. THOMPSON *v.* COUNTY BOARD OF SCHOOL TRUSTEES OF DUPAGE COUNTY ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 71–236. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–241. HUMBLE OIL & REFINING CO. *v.* DOMERACKI. C. A. 3d Cir. Certiorari denied.

No. 71–5009. COX *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5036. SALVO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5062. BAKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5088. EDWARDS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–5089. DZIALAK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5090. LOGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.